UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14460-CIV-CANNON/McCabe

**ROBIN PAGE**, **FABRICIO VASQUEZ**,
and **WESTIN LANDIS**,

    Plaintiffs,

v.

**STEVEN O'LEARY** and
**SHERIFF WILLIAM D SNYDER**,

    Defendants.
_____/

**ORDER GRANTING DEFENDANT SHERIFF'S
UNOPPOSED MOTION TO ALLOW ELECTRONIC EQUIPMENT**

**THIS CAUSE** comes before the Court upon Defendant Sheriff's Unopposed Motion to Allow Electronic Equipment (the "Motion") [ECF No. 149], filed on August 29, 2023.[1] Defendant Sheriff seeks permission to bring certain devices into the courthouse for trial scheduled to take place during the two-week trial period commencing on October 16, 2023 [ECF No. 143]. Plaintiffs do not oppose the relief requested [ECF No. 149 p. 2]. The Court has reviewed the Motion and the full record.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Sheriff's Unopposed Motion to Allow Electronic Equipment [ECF No. 149] is **GRANTED**.

2. Defendant Sheriff is approved to bring electronic equipment into the courtroom as follows:

---

[1] The Clerk entered default against Defendant Steven O'Leary for failure to respond to the Amended Complaint [ECF No. 58].

CASE NO. 20-14460-CIV-CANNON/McCabe

    a. Summer Barranco may bring a Dell Intel Vpro Laptop and a Samsung Galaxy S22 cellphone

    b. Richard Giuffreda may bring a Samsung Galaxy S23 cellphone and a Dell Inspiron 15 Laptop

    c. Gregory J. Jolly may bring a Dell VPro i7 Laptop and an Apple iPhone 12.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of August 2023.

                                                          AILEEN M. CANNON
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record