UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14460-CANNON/Maynard

ROBIN PAGE, FABRICIO VASQUEZ,
WESTON LANDIS

        Plaintiffs,

v.

DEPUTY SHERIFF STEVEN O'LEARY, in
his individual capacity, and
SHERIFF WILLIAM D. SNYDER, in his
official capacity,

        Defendants.

---

### PLAINTIFFS' STATUS REPORT REGARDING TRIAL DATE

Plaintiffs **Robin Page**, **Fabricio Vasquez**, and **Weston Landis**, by and through undersigned counsel, pursuant to the Court's Order requiring a Status Report [ECF No. 150], hereby notify the court that the previously noticed trial conflict no longer exists.

1. The trial set before the Honorable Elizabeth Metzger, Circuit Court Judge for the Nineteenth Judicial Circuit in and for Martin County, Florida, *Melbourne Beach, LLC v. Ilya Palinsky et al*, Case No. 14-146-CA, has been removed from the trial docket for the period October 16 through November 3, 2023.

2. Counsel for Plaintiffs no longer has a trial conflict for the October 16, 2023, two-week trial docket in this matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via the CM/ECF system, which sends an electronic copy to **Summer M. Barranco, Esquire**, and **Gregory J. Jolly, Esquire**, Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304, summer@purdylaw.com, greg@purdylaw.com, and isabella@purdylaw.com, this 6th day of September 2023.

Respectfully submitted,

/s/ Guy Bennett Rubin
**Guy Bennett Rubin, Esq.**
Florida Bar No. 691305
RUBIN & RUBIN
2055 S. Kanner Hwy.
Stuart, FL  34994
Telephone: (772) 283-2004
Facsimile: (772) 283-2009
grubin@rubinandrubin.com
service@rubinandrubin.com
*Attorneys for Plaintiffs*