UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. PIERCE DIVISION)

ROBIN PAGE, FABRICIO VASQUEZ           CASE NO.: 2:20-cv-14460-AMC
and WESTON LANDIS,

      Plaintiffs,

v.

DEPUTY SHERIFF STEVEN O'LEARY,
in his individual capacity, and
SHERIFF WILLIAM D. SNYDER,
in his official capacity,

      Defendants.
_____/

**JOINT STATUS REPORT PER COURT'S ORDER [ECF No. 158]**

Pursuant to the Court's Order Resetting Trial [ECF No. 158] the parties submit this joint status report containing their positions on consolidation for purposes of trial of the three related cases involving Defendant Sheriff and Defendant Steven O'Leary currently pending before this Court (Case Nos. 20-14460-CIV, 21-14469-CIV, 22-14282-CIV) as follows:

The Plaintiffs believe this case should be consolidated with *Martin, et al. v. Snyder, et al.,* Case No. 2:21-cv-14469-AMC as indicated in their recent Motion for Consolidation [ECF No. 168]. The Defendant Sheriff believes that none of the cases should be consolidated as indicated in his recent Response in Opposition to Plaintiffs' Renewed Motion for Consolidation [ECF. No. 169.]

Additionally, Plaintiffs believe that as *Tatum v. Snyder, et al.,* Case No. 2:22-cv-14282-AMC is still awaiting an order on the motion for summary judgment and is in a different procedural posture than the *Page* and *Martin* cases, it is premature to take any position at this time on the issue of consolidation therewith.

1

Dated: November 27, 2023.

| | |
|---|---|
| */s/ Guy B. Rubin* | */s/ Summer M. Barranco* |
| Guy Bennett Rubin, Esq. | Summer M. Barranco, Esq. |
| Florida Bar No. 691305 | Florida Bar No. 984663 |
| RUBIN & RUBIN | PURDY, JOLLY, GIUFFREDA, |
| 2055 S. Kanner Hwy. | BARRANCO & JISA P.A. |
| Stuart, FL 34994 | 2455 East Sunrise Boulevard, Suite 1216 |
| Telephone: (772) 283-2004 | Fort Lauderdale, FL 33304 |
| tnorbraten@rubinandrubin.com | Telephone (954) 462-3200 |
| grubin@rubinandrubin.com | summer@purdylaw.com |
| dkrebs@rubinandrubin.com | isabella@purdylaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Sheriff* |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via the CM/ECF system which sends an electronic copy to: GUY BENNETT RUBIN, ESQUIRE, Rubin & Rubin, 2055 S. Kanner Highway, Stuart, Florida 34995 (grubin@rubinandrubin.com; and dkrebs@rubinandrubin.com) this 27th day of November, 2023.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:     (954) 462-3200
E-mail: summer@purdylaw.com; isabella@purdylaw.com
Attorneys for *Defendant Sheriff*