UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FT. PIERCE DIVISION)

ROBIN PAGE, FABRICIO VASQUEZ       CASE NO.: 2:20-cv-14460-AMC
and WESTIN LANDIS,

        Plaintiffs,

v.

DEPUTY SHERIFF STEVEN O'LEARY,
in his individual capacity, and
SHERIFF WILLIAM D. SNYDER,
in his official capacity,

        Defendants.
_____/

## DEFENDANT SHERIFF'S UNOPPOSED AMENDED MOTION
## TO ALLOW ELECTRONIC EQUIPMENT

The Defendant SHERIFF, through the undersigned attorneys, pursuant to this Court's Order (DE 107), hereby files this Unopposed Amended Motion to Allow Electronic Equipment, seeking permission for the legal staff of Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A to be allowed to bring electronic equipment to the United States Courthouse in Fort Pierce during the trial of this matter and states as follows:

1. This case is presently scheduled for a two-week docket trial commencing January 16, 2024.

2. Defendant Sheriff Requests the Court allow the use of electronic equipment as outlined below for the trial of this matter.

| Owner / Presenter | Equipment |
|---|---|
| Summer Barranco | Dell Intel Vpro Laptop |

| Summer Barranco | Samsung Galaxy S22 Cell Phone |
| --- | --- |
| Richard Giuffreda | Samsung Galaxy S23 Cell Phone |
| Richard Giuffreda | Dell Inspiron 15 Laptop |
| Gregory J. Jolly | Dell VPro i7 Laptop |
| Gregory J. Jolly | Apple iPhone 12 |

WHEREFORE, Defendant Sheriff respectfully requests that the Court allow Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A to use the above listed electronic equipment at the trial of this matter to be held at the Alto Lee Adams, Sr. U.S. Courthouse in Fort Piece, Florida sometime during a two-week trial period commencing on January 16, 2024.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to Local Rule 7.1(a)(3) undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought in this motion and Plaintiffs' counsel has indicated that they do not object to the relief sought herein.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of Court via the CM/ECF system which sends an electronic copy to: **GUY BENNETT RUBIN, ESQUIRE**, Rubin & Rubin, 2055 S. Kanner Highway, Stuart, Florida 34994 (grubin@rubinandrubin.com; dkrebs@rubinandrubin.com) and **JORDAN REID WAGNER, ESQUIRE,** Kibbey Wagner, PLLC, 73 SW Flagler Avenue, Stuart, Florida 34990 (Email: jwagner@kibbeylaw.com),  this 22nd day of December, 2023.

*/s/ Summer M. Barranco*
SUMMER M. BARRANCO, ESQUIRE
Fla. Bar No. 984663
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304

2

Telephone:    (954) 462-3200  
E-mail: summer@purdylaw.com;  
isabella@purdylaw.com  
Attorneys for *Defendant Sheriff*