UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14460-CIV-CANNON/McCabe

**WESTIN LANDIS**

        **Plaintiff,**

v.

**DEPUTY SHERIFF STEVEN O'LEARY,**
**in his individual capacity, and**
**SHERIFF WILLIAM D. SNYDER, in his**
**official capacity,**

        **Defendant.**

_____

## FINAL VERDICT FORM

1. Did Plaintiff prove by a preponderance of the evidence that former Deputy Steven O'Leary committed acts that violated Plaintiff's constitutional right to be free from unlawful search and seizure?

    - Answer YES or NO __Yes__
        o If your answer is "NO", this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. Did Plaintiff prove by a preponderance of the evidence that former Deputy Steven O'Leary was not adequately supervised in making lawful searches and seizures?

    - Answer YES or NO __No__
        o If your answer is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

1

3. Did Plaintiff prove by a preponderance of the evidence that Sheriff Snyder knew or should have known based on at least one earlier instance of unconstitutional conduct materially similar to former Deputy Steven O'Leary's violation of Plaintiff's constitutional rights that additional supervision was needed to avoid unlawful searches and seizures from likely recurring in the future?

    - Answer YES or NO _____
        o If your answer is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. Did Plaintiff prove by a preponderance of the evidence that Sheriff Snyder made a deliberate choice not to provide additional supervision to former Deputy Steven O'Leary and that Snyder's deliberate indifference caused the deprivation of Plaintiff's constitutional rights?

    - Answer YES or NO _____
        o If your answer is "NO," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. What is the amount of damages that Plaintiff should be awarded? _____

So say we all, this _23_ day of January 2024.